UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LONNIE SCANDRICK

        Petitioner,

-v-

WARDEN, Lebanon
Correctional Institution

        Respondent.

Case No. C-3:12-cv-002

Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING SCANDRICK'S OBJECTIONS (Doc. #10) TO THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #8) IN ITS ENTIRETY; DISMISSING SCANDRICK'S PETITION FOR A WRIT OF HABEAS CORPUS WITH PREJUDICE; DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY AND TERMINATING THIS CASE**

---

    This matter comes before the Court pursuant to pro se Petitioner Lonnie Scandrick's ("Scandrick's") Objections (doc. #10) to Chief Magistrate Judge Sharon L. Ovington's Report and Recommendations (doc. #8). Chief Magistrate Judge Ovington's Report and Recommendations recommends that Scandrick's Petition for a Writ of Habeas Corpus be dismissed with prejudice and that Scandrick be denied a certificate of appealability.

    The time has run and the Warden has not responded to Scandrick's Objections. This mater is, therefore, ripe for decision.

    As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Scandrick's Objections to the Chief Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Chief Magistrate Judge's Report and

Recommendations is adopted in its entirety.

Scandrick's §2254 Motion is denied with prejudice. Further, Scandrick is denied a certificate of appealability. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Seventeenth Day of March, 2014.

                                          **s/Thomas M. Rose**
                                          _____
                                              THOMAS M. ROSE
                                    UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Lonnie Scandrick at his last address of record