UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LONNIE SCANDRICK

     Petitioner,

-v-

WARDEN, Lebanon
Correctional Institution

     Respondent.

Case No. C-3:12-cv-002

Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

_____

**ENTRY AND ORDER OVERRULING SCANDRICK'S OBJECTIONS (Doc. #17) TO THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS REGARDING SCANDRICK'S PAUPER STATUS; ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #15) REGARDING SCANDRICK'S PAUPER STATUS IN ITS ENTIRETY; AND DENYING SCANDRICK'S MOTION FOR PAUPER STATUS (Doc. # 13)**
_____

This matter comes before the Court pursuant to pro se Petitioner Lonnie Scandrick's ("Scandrick's") Objections (doc. #17) to Chief Magistrate Judge Sharon L. Ovington's Report and Recommendations (doc. #15) regarding Scandrick's request for pauper status (doc. #13). Chief Magistrate Judge Ovington's Report and Recommendations recommends that Scandrick's Motion for Pauper Status be denied.

The time has run and the Warden has not responded to Scandrick's Objections. This mater is, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Scandrick's Objections to the Chief Magistrate Judge's Report and Recommendations regarding Scandrick's request for Pauper Status are not well-taken, and they are hereby

OVERRULED. The Chief Magistrate Judge's Report and Recommendations is adopted in its entirety.

Scandrick's Motion for Pauper Status (doc. #13) is denied. Finally, the captioned cause remains terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Second Day of May, 2014.

                                                    **s/Thomas M. Rose**

                                                    THOMAS M. ROSE
                                          UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Lonnie Scandrick at his last address of record